MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JENNIFER GASPAR (CABN 266726)
Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    E-Mail: jennifer.gaspar@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR11-00191 PJH (LB) |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER DETAINING |
| ) | DEFENDANT PENDING TRIAL |
| v. ) | |
| ) | |
| CELSO MUNOZ, ) | |
| a/k/a "Selso Munoz," ) | |
| a/k/a "Selso Giron Munoz," ) | |
| a/k/a "Wilmer Doblado," ) | |
| a/k/a "Selson Munoz Wilmer Donlado, ) | |
| ) | |
| Defendant. ) | |

I. DETENTION ORDER

    Defendant Celso Munoz is charged in a one-count indictment with being a Deported

Alien Found in the United States, in violation of 8 U.S.C. §§ 1326(a) and (b).  On April 1, 2011,

the United States moved for the defendant's detention pursuant to 18 U.S.C. § 3142(f)(2)(A)

(because there is a serious risk defendant will flee), and subsequently asked for a detention

hearing pursuant to 18 U.S.C. § 3142(f).  Following a hearing on April 5, 2011, under 18 U.S.C.

§ 3142(f), and considering the parties' proffer and the factors set forth in section 3142(g), the

Court finds that no condition or combination of conditions in section 3142(c) will reasonably

1    assure the defendant's appearance in this case.  *See* 18 U.S.C. §§ 3142(e) and (f); *United States v.*
2    *Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

3        Specifically, the Court notes the defendant's criminal history, as documented in the
4    Pretrial Services report, his alleged immigration status, and the fact that the defendant is subject
5    to an Immigration and Customs Enforcement detainer hold.  The Court, therefore, orders that the
6    defendant be detained pending trial.

7        The defendant did not request a full bail study at this time, such as an interview by
8    Pretrial Services, but reserved his right to present information at a future bail hearing should his
9    circumstances change.  *See* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f)
10   hearing to, with the assistance of counsel, testify, present witnesses, cross-examine adverse
11   witnesses, and present information by proffer or otherwise).

12                                II. CONCLUSION

13       The Court detains the defendant as a serious flight risk and because no condition, or
14   combination of conditions, could assure the defendant's appearance in this case.  Because the
15   defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to
16   his raising any relevant information at a later hearing, the Court orders that the hearing may be
17   reopened at the defendant's request at a future time.

18       The Court orders that the defendant be committed to the custody of the Attorney General
19   or a designated representative for confinement in a corrections facility separate, to the extent
20   practicable, from persons awaiting or serving sentences or held in custody pending appeal.  *See*
21   18 U.S.C. § 3142(i)(2).  The defendant must be afforded a reasonable opportunity to consult
22   privately with counsel.  *See id.* § 3142(i)(3).  On order of a court of the United States or on
23   request of an attorney for the United States, the person in charge of the corrections facility must
24   deliver the defendant to the United States Marshal for a court appearance.  *See id.* § 3142(i)(4).

25       IT IS SO ORDERED.

27   DATED: April 6, 2011

     LAUREL BEELER
     United States Magistrate Judge

[PROPOSED] ORDER DETAINING DEFENDANT PENDING TRIAL
CR11-00191 PJH (LB)                     2